# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FIGUEROA, | CASE NO. 1:10-CV-02032-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 7) |
| CALIFORNIA OF CORRECTION HEALTH DEPARTMENT, et al., | RESPONSE DUE WITHIN 30 DAYS |
| Defendants. | |

Plaintiff George Figueroa ("Plaintiff") was a former California state prisoner proceeding pro se and in forma pauperis in this civil rights action. On May 9, 2011, the Court dismissed Plaintiff's original complaint for failure to state a claim, and ordered Plaintiff to file an amended complaint within thirty days. Doc. 7. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within thirty (30) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated:   July 11, 2011                    /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE